**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 17-21223

      Larry Keith


      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2017.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 12/01/2017.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $7,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,652.28 | |
| Less amount refunded to debtor | $621.26 | |
| **NET RECEIPTS:** | | **$4,031.02** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,405.11 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $225.91 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,631.02** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FED LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 128,271.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Secured | 20,044.00 | NA | NA | 200.00 | 0.00 |
| KIA MOTORS FINANCE CO | Secured | 11,503.00 | NA | NA | 200.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,449.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| AIMES GROUP | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| BUFFLO GROVE FIRE DEPT | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| CEDAR RAPIDS POLICE DEPARTMEN | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOI LLO | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CEDAR RAPIDS IOWA CITY | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CEDAR RAPIDS IOWA/CITY TREAS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO RED LIGHT CAME | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CARE CE | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| GEICO CASUALITY COMPANY | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| ILCLCR INTEGRATED IMAG CONS | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 5,674.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE EMERGENCY PHYSIC | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE GAS | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYS | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HEALTH | Unsecured | 1,382.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION THE UNIVERSITY OF IO | Unsecured | 7,529.00 | NA | NA | 0.00 | 0.00 |
| THOMAS & THOMAS MEDICAL LTD | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,459.00 | NA | NA | 0.00 | 0.00 |
| VILL OF PALATINE PHOTO ENFORCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILL OF PALATINE POLICE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $400.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$400.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,631.02 |
| Disbursements to Creditors | $400.00 |
| **TOTAL DISBURSEMENTS** : | **$4,031.02** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/08/2018                             By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**